```
 1
 2
 3
 4                        UNITED STATES DISTRICT COURT
 5                      NORTHERN DISTRICT OF CALIFORNIA
 6
 7  JAMES L FINN, on behalf of            No    C-06-4307 VRW
    CNET NETWORKS, INC,
 8
                 Plaintiff,                     ORDER OF RECUSAL
 9
                 v
10
    SHELBY W BONNIE, et al,
11
                 Defendants,
12
                 and
13
    CNET NETWORKS, INC,
14
                 Nominal Defendant.
15    _____/
16
17          TO ALL PARTIES AND COUNSEL OF RECORD:
18          I, the undersigned judge of the court, finding myself
19  disqualified in the above-entitled action, hereby recuse myself from
20  this case and request that the case be reassigned pursuant to the
21  provisions of paragraph E.2 of the Assignment Plan.
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

        **All pending dates of motions, case management conferences and trial are hereby vacated and will be reset by the newly assigned judge.**

        **IT IS SO ORDERED.**

_____
**VAUGHN R WALKER**
**United States District Chief Judge**

2