1 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | TRAVIS E. DOWNS III (148274)
    BENNY C. GOODMAN III (211302)
3 | THOMAS G. WILHELM (234980)
    655 West Broadway, Suite 1900
4 | San Diego, CA  92101
    Telephone: 619/231-1058
5 | 619/231-7423 (fax)
    travisd@lerachlaw.com
6 | bgoodman@lerachlaw.com
    twilhelm@lerachlaw.com
7 |     –and–
    SHAWN A. WILLIAMS (213113)                    THE WEISER LAW FIRM, P.C.
8 | 100 Pine Street, Suite 2600                   ROBERT B. WEISER
    San Francisco, CA  94111                      121 N. Wayne Avenue, Suite 100
9 | Telephone: 415/288-4545                       Wayne, PA  19087
    415/288-4534 (fax)                            Telephone: 610/225-2677
10| swilliams@lerachlaw.com                       610/225-2678 (fax)

11| [Proposed] Co-Lead Counsel for Plaintiffs

12                            UNITED STATES DISTRICT COURT

13                           NORTHERN DISTRICT OF CALIFORNIA

14

15 | MARTIN MELZER, Derivatively on Behalf of ) No. C-06-03817-WHA
     CNET NETWORKS, INC.,                      )
                                               ) STIPULATION AND [PROPOSED] ORDER
16 |                           Plaintiff,      ) CONSOLIDATING CASES FOR ALL
                                               ) PURPOSES, APPOINTING LEAD
17 |      vs.                                  ) PLAINTIFF AND LEAD COUNSEL AND
                                               ) SETTING SCHEDULE FOR FILING OF
18 | SHELBY W. BONNIE, et al.,                 ) CONSOLIDATED COMPLAINT
                                               )
19 |                           Defendants,     )
                                               )
20 |      –and–                                )
                                               )
21 | CNET NETWORKS, INC., a Delaware           )
     corporation,                              )
22 |                                           )
                        Nominal Defendant.     )
23 | _____    )

24 | [Caption continued on following page.]

25

26

27

28

| | | |
|---|---|---|
| 1 | JAMES L. FINN, Derivatively on Behalf of CNET NETWORKS, INC., | ) No. C-06-04307-WHA<br>) |
| 2 | | ) |
| 3 | Plaintiff, | )<br>) |
| 4 | vs. | )<br>) |
| 5 | SHELBY W. BONNIE, et al., | )<br>) |
| 6 | Defendants, | )<br>) |
| 7 | –and– | )<br>) |
| 8 | CNET NETWORKS, INC., a Delaware corporation, | )<br>) |
| 9 | Nominal Defendant. | )<br>) |
| | | ) |

1  WHEREAS, the above-captioned actions are shareholder derivative actions on behalf of nominal defendant CNET Networks, Inc. ("CNET" or the "Company") against its entire Board of Directors and certain officers;

WHEREAS, the actions involve common questions of law and fact concerning defendants' alleged violations of the federal securities and state corporation laws, including breach of fiduciary duty, abuse of control, constructive fraud, corporate waste, gross mismanagement, and unjust enrichment;

WHEREAS, all parties agree that any other actions filed in, or transferred to, this Court which arise out of or relate to the same facts as alleged in the above-captioned action should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

WHEREAS, defendants take no position as to the appointment of Martin Melzer as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and The Weiser Law Firm, P.C. as Lead Counsel; and

WHEREAS, all parties, after meeting and conferring, agree that judicial economy will be served by the entry of a schedule for the filing of answers or other responses to the Consolidated Complaint.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

I.  **CONSOLIDATION**

1.  All shareholders' derivative actions on behalf of nominal party CNET filed in the Northern District of California that involve questions of law or fact similar to those contained in the above-captioned actions are consolidated for all purposes under the following caption (the "Consolidated Action"):

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re CNET NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) | Master File No. C-06-3817-WHA |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

**A.    Pending, Subsequently Filed and Transferred Related Actions**

2.    Each and every shareholder derivative action filed in, or transferred to, the Northern District of California that involves questions of law or fact similar to those contained in the Consolidated Action shall constitute a case related to the Consolidated Action ("Related Action" or the "Related Actions").

3.    Each Related Action shall be governed by the terms of this Order and shall be consolidated for all purposes with the Consolidated Action. Upon the filing and receipt of notice or service of a Related Action, defendants' counsel shall mail a copy of this Order to counsel for the plaintiff in each Related Action.

4.    A party to any Related Action may, for good cause shown, move for relief from the terms of this Order only if such motion is filed with the Court and served upon Lead Counsel as set forth herein and upon counsel for defendants within 21 days of the mailing of this Order to counsel for such party. Any party herein may oppose such a motion.

**B.    Previously Filed Papers**

5.    All papers previously filed and served to date, if any, in the cases consolidated herein are deemed to be and are hereby adopted as part of the record in the Consolidated Action.

**C.    Filing of the Order**

6.    This Order shall be filed in the file of C-06-3817-WHA and the entry of the Order shall be docketed in each of the consolidated actions. All papers filed by plaintiffs and defendants under the above-consolidated caption shall be filed only in action C-06-3817-WHA.

STIP AND [PROPOSED] ORDER CONSOLID CASES FOR ALL PURPOSES, APPOINTING LEAD PLTF AND LEAD COUNSEL AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - C-06-03817-WHA         - 2 -

II.   **ORDER FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

7. Plaintiff Martin Melzer shall be appointed Lead Plaintiff.

8. Lerach Coughlin Stoia Geller Rudman & Robbins LLP ~~and The Weiser Law Firm, P.C.~~ shall be appointed Lead Counsel.

9. Lead Counsel shall have the following responsibilities and duties:

   (a) to brief and argue motions and file appropriate papers in response to proceedings initiated by other parties;

   (b) to initiate and conduct discovery proceedings including, but not limited to, the preparation of discovery materials and discussions or negotiations with counsel for defendants;

   (c) to direct and coordinate the examination of witnesses in depositions and oral interrogatories;

   (d) to speak for plaintiffs at pre-trial conferences;

   (e) to conduct settlement negotiations on behalf of plaintiffs;

   (f) to delegate responsibilities for specific tasks to other plaintiffs' counsel in a manner to assure that pretrial preparation for plaintiffs is conducted effectively, efficiently and economically;

   (g) to coordinate the use and retention of experts and consult with experts; and

   (h) to perform such other duties as may be expressly authorized or required by further order of Court.

III.  **CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE**

10. Plaintiffs shall file and serve a Consolidated Complaint within ~~60~~ 28 days after the date of the entry of this Order.

11. Defendants shall file and serve their Answer or other response to the Consolidated Complaint within ~~60~~ 28 days after the date of the filing of the Consolidated Complaint.

12. Should defendants, or any of them, file a Motion to Dismiss the Consolidated Complaint, plaintiffs shall file and serve their Opposition(s) to such motion(s) within ~~45~~ 27 days after the date of the filing of defendant(s)' Motion(s) to Dismiss.

1    13.    Defendants shall file and serve their Reply briefs within ~~15~~ 7 days after date of the
2   filing of plaintiffs' Opposition(s) to the Motion(s) to Dismiss.  The hearing will be December 14.

3   DATED: August 25, 2006                  LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
4                                           TRAVIS E. DOWNS III
                                            BENNY C. GOODMAN III
5                                           THOMAS G. WILHELM

6

7                                                    s/ TRAVIS E. DOWNS III
                                                     TRAVIS E. DOWNS III
8
                                            655 West Broadway, Suite 1900
9                                           San Diego, CA  92101
                                            Telephone:  619/231-1058
10                                          619/231-7423 (fax)

11                                          LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
12                                          SHAWN A. WILLIAMS
                                            100 Pine Street, Suite 2600
13                                          San Francisco, CA  94111
                                            Telephone:  415/288-4545
14                                          415/288-4534 (fax)

15   *I, Travis E. Downs III, am the ECF User whose ID and password are being used to file this
     Stipulation and [Proposed] Order Consolidating Cases for all Purposes, Appointing Lead Plaintiff
16   and Lead Counsel and Setting Schedule for Filing of Consolidated Complaint.  In compliance with
     General Order 45, X.B., I hereby attest that Robert B. Weiser has concurred in this filing.*
17
    DATED: August 25, 2006                   THE WEISER LAW FIRM, P.C.
18                                           ROBERT B. WEISER

19

20                                                   s/ ROBERT B. WEISER
                                                     ROBERT B. WEISER
21
                                             121 N. Wayne Avenue, Suite 100
22                                           Wayne, PA  19087
                                             Telephone:  610/225-2677
23                                           610/225-2678 (fax)

24                                           [Proposed] Co-Lead Counsel for Plaintiffs

25

26

27

28
    STIP AND [PROPOSED] ORDER CONSOLID CASES FOR ALL PURPOSES,
    APPOINTING LEAD PLTF AND LEAD COUNSEL AND SETTING SCHEDULE
    FOR FILING OF CONSOLIDATED COMPLAINT - C-06-03817-WHA                           - 4 -

1      *I, Travis E. Downs III, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Cases for all Purposes, Appointing Lead Plaintiff and Lead Counsel and Setting Schedule for Filing of Consolidated Complaint.  In compliance with General Order 45, X.B., I hereby attest that Frank J. Johnson has concurred in this filing.*

DATED:  August 25, 2006          JOHNSON LAW FIRM, A P.C.
                                        FRANK J. JOHNSON (174882)

                                          s/ FRANK J. JOHNSON
                                          FRANK J. JOHNSON

                                        402 W. Broadway, 27th Floor
                                        San Diego, CA  92101
                                        Telephone:  619/230-0063
                                        619/230-1839 (fax)

                                        Attorneys for Plaintiff James L. Finn

    *I, Travis E. Downs III, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Cases for all Purposes, Appointing Lead Plaintiff and Lead Counsel and Setting Schedule for Filing of Consolidated Complaint.  In compliance with General Order 45, X.B., I hereby attest that Philip J. Wang has concurred in this filing.*

DATED:  August 25, 2006          LATHAM & WATKINS LLP
                                        PHILIP J. WANG

                                        s/ PHILIP J. WANG
                                        PHILIP J. WANG

                                        140 Scott Drive
                                        Menlo Park, CA 94025
                                        Telephone: 650/328-4600
                                        650/463-2600 (fax)

                                        Attorneys for Nominal Defendant CNET Networks, Inc.

    *I, Travis E. Downs III, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Consolidating Cases for all Purposes, Appointing Lead Plaintiff and Lead Counsel and Setting Schedule for Filing of Consolidated Complaint.  In compliance with General Order 45, X.B., I hereby attest that Christopher Sundermeier has concurred in this filing.*

DATED:  August 25, 2006          COOLEY GODWARD LLP
                                        CHRISTOPHER SUNDERMEIER

                                        s/ CHRISTOPHER SUNDERMEIER
                                        CHRISTOPHER SUNDERMEIER

Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: 650/843-5000
650/849-7400 (fax)

Attorneys for Defendants Shelby W. Bonnie, George E. Mazzotta, Barry D. Briggs, John C. Colligan, Peter L.S. Currie, Jarl Mohan, Betsey Nelson and Eric Robison

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __8/31/06_____     _____
                                      THE HONORABLE WILLIAM H. ALSUP
                                      UNITED STATES DISTRICT JUDGE

S:\CasesSD\CNET Derivative\STP00034103-LP_CON.doc

STIP AND [PROPOSED] ORDER CONSOLID CASES FOR ALL PURPOSES,
APPOINTING LEAD PLTF AND LEAD COUNSEL AND SETTING SCHEDULE
FOR FILING OF CONSOLIDATED COMPLAINT - C-06-03817-WHA      - 6 -