IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 06-03817 WHA

In re CNET NETWORKS, INC.
SHAREHOLDER DERIVATIVE
LITIGATION.

**JUDGMENT**

————————————————/

This Document Relates To:

    All Actions.

————————————————————/

    Because plaintiffs have failed to seek leave to amend as outlined in the Court's order dated June 16, 2008, and for the reasons set forth in that order, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: August 7, 2008.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE